IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY LIGON #220217, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-707-F |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Terry Ligon ["Ligon"], a state inmate, filed a petition under 28 U.S.C. § 2254 challenging convictions imposed upon him by the Circuit Court of Russell County, Alabama on November 11, 2001. However, the petitioner did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before August 18, 2005 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Ventress Correctional Facility showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma*

*pauperis* before this court.

Done this 4th day of August, 2005.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE