**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Troy King
Attorney General
State of Alabama
11 South Union Street
Montgomery, AL   36130

C v O   05-707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taylor_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 3379

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540