# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-03-0829

Ex parte Terry Ligon   (In re: State of Alabama vs. Terry Ligon)   (Russell Circuit Court: CC01-0352, 0353, 0354, 0355, 0356).

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals orders that said petition be and the same is hereby DISMISSED.

McMillan, P.J., and Cobb, Baschab, Shaw, and Wise, JJ., concur.

Done this the 7th day of April, 2004.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. George R. Greene, Circuit Judge
Hon. Kathy S. Coulter, Circuit Clerk
Hon. Troy King, Attorney General
Terry Ligon, Pro Se
Hon. Kenneth Davis, District Attorney

EXHIBIT 1C