# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

October 15, 2004

**CR-03-1173**

Terry Ligon v. State of Alabama  (Appeal from Russell Circuit Court: CC01-352.60 through CC01-356.60)

## NOTICE

You are hereby notified that on October 15, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Kathy S. Coulter, Circuit Clerk
   Terry Ligon, Pro Se
   Marc A. Starrett, Asst. Atty. Gen.

