# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
## THE ALABAMA COURT OF CRIMINAL APPEALS

Starrett
6624

CR-03-1173

Terry Ligon v. State of Alabama (Appeal from Russell Circuit Court: CC01-352.60 through CC01-356.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on September 24th 2004:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 3rd day of November, 2004.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. George R. Greene, Circuit Judge
Hon. Kathy S. Coulter, Circuit Clerk
Terry Ligon, Pro Se
Marc A. Starrett, Asst. Atty. Gen.



EXHIBIT K