Document

Stricken

and

Returned

to Petitioner for

Non-compliance with

Order of 8/8/2005