IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY LIGON #220217, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-707-F |
| J. C. GILES, et al., | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the motion for leave to file a motion to dismiss filed by the petitioner on September 7, 2005 (Court Doc. No. 12), and for good cause, it is

ORDERED that on or before September 19, 2005 the respondents shall show cause why this motion should not be granted.

Done this 9th day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE