IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TERRY LIGON #220217,         )
         )
      Petitioner,       )
         )
    v.         )      CIVIL ACTION NO. 3:05-CV-707-F
         )
J. C. GILES, et al.,        )
         )
      Respondents.    )

**O R D E R**

Upon consideration of the motion for leave to file a motion to dismiss filed by the petitioner on September 7, 2005 (Court Doc. No. 12), and in light of the arguments contained in the response filed by the respondents on September 19, 2005 (Court Doc. No. 19), it is

ORDERED that the motion for leave to file a motion to dismiss be and is hereby DENIED.    Done this 21st day of September, 2005.

             _____/s/Charles S. Coody_____
             CHARLES S. COODY
             CHIEF UNITED STATES MAGISTRATE JUDGE