IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY LIGON, # 220217,         ) | |
| ) | |
| Petitioner,         ) | |
| v.                                                       ) | CASE NO.  3:05cv707-MEF |
| ) | |
| J.C. GILES, *et al.*,                           ) | |
| )  | (WO) |
| Respondent.                           ) | |

# **ORDER**

On April 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 16)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED, ADJUDGED and DECREED as follows:

1.      That the Recommendation is ADOPTED;

2.      That the petition for habeas corpus relief is DENIED;

3.      That this case is DISMISSED with prejudice; and

4.      That costs are TAXED against the petitioner.

Done this the 9th day of May 2006.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE