IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY LIGON, # 220217, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 3:05cv707-MEF |
| | ) | |
| J.C. GILES, *et al.*, | ) | (WO) |
| | ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, that this action is dismissed with prejudice, and that costs are taxed against the petitioner.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 9th day of May, 2006.

                                                     /s/ Mark E. Fuller
                                                   CHIEF UNITED STATES DISTRICT JUDGE